# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELINDA WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS | : | |
| UNION, DELAWARE AREA LOCAL, | : | |
| AFL-CIO; and UNITED STATES | : | |
| POSTAL SERVICE, an independent | : | |
| Establishment of the Executive Branch | : | |
| of the government of the United States | : | |
| of America, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION FOR ENLARGEMENT OF
## TIME TO RESPOND TO COMPLAINT

The undersigned hereby stipulate and agree that the date by which the United States

Postal Service may respond to the Complaint in the captioned matter is extended by two days,

through April 14, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


___/s/ Joseph M. Bernstein____        By:___/s/ Patricia C. Hannigan____
Joseph M. Bernstein, Esquire          Assistant United States Attorney
Delaware Bar I.D. No. 780             Delaware Bar I.D. No. 2145
800 North King Street, Suite 302      The Nemours Building
Wilmington, DE 19801-3544             1007 Orange Street, Suite 700
(302) 656-9850                        P. O. Box 2046
jmbern001@comcast.net                 Wilmington, DE 19899-2046
                                      (302) 573-6277
                                      Patricia.Hannigan@usdoj.gov

ATTORNEY FOR PLAINTIFF

                                      ATTORNEYS FOR U.S. POSTAL SERVICE

_____/s/Dale Bowers_____
A. Dale Bowers, Esquire
The Law Offices of Joseph J. Rhoades
Delaware Bar I.D. No. 3932
1225 King Street, 12th Floor
Wilmington, DE 19801
(302) 427-9500
dale.bowers@rhoadeslegal.com

ATTORNEY FOR AMERICAN
POSTAL WORKERS UNION

Dated:  April 14, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court
District Judge