UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS )<br>UNION, DELAWARE AREA LOCAL, )<br>AFL-CIO; and UNITED STATES POSTAL )<br>SERVICE, an independent establishment of )<br>the Executive Branch of the Government )<br>of the United States of America )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-73 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Peter J. Leff to represent the Wilmington Delaware / Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO in this matter.

Signed: _____

Dale Bowers (Bar I..D. Number 3932)
Law Office Joseph J. Rhoades
1225 King Street, Suite 1200
Wilmington, DE 19801
(302) 427-9500/FAX (302) 427-9509

Attorney for:  Wilmington Delaware / Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO

Dated: May 10, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS )<br>UNION, DELAWARE AREA LOCAL, )<br>AFL-CIO; and UNITED STATES POSTAL )<br>SERVICE, an independent establishment of )<br>the Executive Branch of the Government )<br>of the United States of America )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-73 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: *May 5, 2005*                Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: _____
Peter J. Leff DC Bar # 457476
1300 L Street NW Suite 1200
Washington, DC 20005-4126
(202)898-1707/FAX(202)682-9276

Counsel for the Wilmington Delaware / Malcolm T. Smith
Area Local, American Postal Workers Union, AFL-CIO

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Dated:_____                    _____
                                            United States District Judge

## Certificate of Service

I hereby certify that on Tuesday, May 10, 2005, I electronically filed defendants' Answer to plaintiff's Motion for *Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
Jmbern001@comcast.net

Patricia Hannigan, Esquire
Assistant United States Attorney
Nemours Building
P.O. Box 2046
Wilmington, DE 19899-2046
Attorney for defendant United States Postal Service
Patricia.hannigan@usdoj.gov

/s/ Dale Bowers
The Law Offices of Joseph J. Rhoades
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
dale.bowers@rhoadeslegal.com
Attorneys for Plaintiff(s)