May 23, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

           **Re: Wilson v. American Postal Workers Union, et al,**
               **Civil Action No. 05-073 JJF**

Dear Judge Farnan:

     Enclosed is the proposed Rule 16 Scheduling Order in the above case. The dates which appear in "bold" have been agreed to by all parties. This letter and the proposed Order have also been filed electronically using the CM/ECF system.

                                                     Respectfully yours,


                                                     Joseph M. Bernstein

JMB/jm
cc: Patricia Hannigan, Esquire (By CM/ECF)
    A. Dale Bowers, Esquire (By CM/ECF)
    Peter J. Leff, Esquire (By Mail)