IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the government of the<br>United States of America,<br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.  05-073 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that **PLAINTIFF'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)** were served as noted below on June 6, 2005 upon the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com
**By Hand Delivery**

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov
**By Hand Delivery**

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126
pleff@odslaw.com
**By First Class Mail**

                                        /s/ Joseph M. Bernstein
                                        JOSEPH M. BERNSTEIN (Bar #780)
                                        800 N. King Street - Suite 302
                                        Wilmington, DE 19801
                                        302-656-9850
                                        E-mail: jmbern001@comcast.net

Dated June 6, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
|     Plaintiff, | : |
| | : |
|     v. | : |
| | : Civil Action No.  05-073 JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES POSTAL | : |
| SERVICE, an independent establishment of | : |
| the Executive Branch of the government of the | : |
| United States of America, | : |
|     Defendants. | : |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2005,  I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov

     I hereby certify that on June 6, 2005, I mailed the above document(s), by First Class Mail, to the following non-registered participants:

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126

                                      /s/ Joseph M. Bernstein
                                      JOSEPH M. BERNSTEIN (Bar #780)
                                      800 N. King Street - Suite 302
                                      Wilmington, DE 19801
                                      302-656-9850
                                      E-mail: jmbern001@comcast.net