## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the government of the United States of America, | : |
| Defendants. | : |

## ORDER

At Wilmington this **9th** day of **June, 2005**.

IT IS ORDERED that the teleconference scheduled for Friday, July 29, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Tuesday, August 16, 2005**.  **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE