UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, <br><br>       Plaintiff, <br><br>       V. <br><br>AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the Government of the United States of America <br><br>       Defendants. | Civil Action No. 05-CV-73 |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that **UNION DEFENDANT'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)** were served as noted below on June 13, 2005 upon the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
**By Hand Delivery**

Patricia C. Hannigan, AUSA
U.S. Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
**By Hand Delivery**

Dated:                      Respectfully submitted,

LAW OFFICE JOSEPH J. RHOADES

By:     s/Dale Bowers              .
       Dale Bowers
       1225 King Street, Suite 1200
       Wilmington, DE 19801
       (302) 427-9500/FAX     (302) 427-9509
       dale.bowers@rhoadeslegal.com

Attorneys for the Wilmington Delaware/Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:     s/Peter J. Leff              .
       Peter J. Leff DC Bar # 457476
       1300 L Street NW Suite 1200
       Washington, DC 20005-4126
       (202)898-1707/FAX(202)682-9276
       pleff@odsalaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MELINDA WILSON, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the Government of the United States of America <br><br> Defendants. | Civil Action No. 05-CV-73 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
jmbern001@comcast.net

Patricia C. Hannigan, AUSA
U.S. Attorney=s Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov

LAW OFFICE JOSEPH J. RHOADES

By:    s/Dale Bowers
       Dale Bowers
       1225 King Street, Suite 1200
       Wilmington, DE 19801
       (302) 427-9500/FAX     (302) 427-9509
       dale.bowers@rhoadeslegal.com

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:    s/Peter J. Leff
       Peter J. Leff DC Bar # 457476
       1300 L Street NW Suite 1200
       Washington, DC 20005-4126
       (202)898-1707/FAX(202)682-9276
       pleff@odsalaw.com