UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, <br><br> Plaintiff, <br><br> V. <br><br> AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the Government of the United States of America <br><br> Defendants. | Civil Action No. 05-CV-73 |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that the **FIRST SET OF INTERROGATORIES TO PLAINTIFF OF UNION DEFENDANT** were served as noted below on June 13, 2005 upon the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
**By Hand Delivery**

Patricia C. Hannigan, AUSA
U.S. Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
**By Hand Delivery**

Dated:                              Respectfully submitted,

LAW OFFICE JOSEPH J. RHOADES

By:     s/Dale Bowers                           .
        Dale Bowers
        1225 King Street, Suite 1200
        Wilmington, DE 19801
        (302) 427-9500/FAX  (302) 427-9509
        dale.bowers@rhoadeslegal.com

Attorneys for the Wilmington Delaware/Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO


O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:     s/Peter J. Leff                         .
        Peter J. Leff DC Bar # 457476
        1300 L Street NW Suite 1200
        Washington, DC 20005-4126
        (202)898-1707/FAX(202)682-9276
        pleff@odsalaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON<br><br>    Plaintiff,<br><br>   V.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the Government<br>of the United States of America<br><br>    Defendants. | Civil Action No. 05-CV-73 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Joseph M. Bernstein  
Attorney at Law  
800 N. King Street - Suite 302  
Wilmington, DE 19801  
jmbern001@comcast.net

Patricia C. Hannigan, AUSA  
U.S. Attorney's Office  
1007 Orange Street - Suite 700  
Wilmington, DE 19801  
Patricia.Hannigan@usdoj.gov

LAW OFFICE JOSEPH J. RHOADES

By:   s/Dale Bowers                .  
    Dale Bowers  
    1225 King Street, Suite 1200  
    Wilmington, DE 19801  
    (302) 427-9500/FAX (302) 427-9509  
    dale.bowers@rhoadeslegal.com