UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, ) | |
|       Plaintiff, ) | |
| V. ) | Civil Action No. 05-CV-73 |
| AMERICAN POSTAL WORKERS ) UNION, DELAWARE AREA LOCAL, ) AFL-CIO; and UNITED STATES POSTAL ) SERVICE, an independent establishment of ) the Executive Branch of the Government ) of the United States of America ) | |
|       Defendants. ) | |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that the **FIRST REQUEST FOR PRODUCTION TO PLAINTIFF BY UNION DEFENDANT** were served as noted below on June 13, 2005 upon the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
**By Hand Delivery**

Patricia C. Hannigan, AUSA
U.S. Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
**By Hand Delivery**

Dated:                              Respectfully submitted,

                                    LAW OFFICE JOSEPH J. RHOADES

                                    By:     s/Dale Bowers                          .
                                            Dale Bowers
                                            1225 King Street, Suite 1200
                                            Wilmington, DE 19801
                                            (302) 427-9500/FAX  (302) 427-9509
                                            dale.bowers@rhoadeslegal.com

                                    Attorneys for the Wilmington Delaware/Malcolm T. Smith
                                    Area Local, American Postal Workers Union, AFL-CIO


                                    O'DONNELL, SCHWARTZ & ANDERSON,  P.C.

                                    By:     s/Peter J. Leff                        .
                                            Peter J. Leff DC Bar # 457476
                                            1300 L Street NW Suite 1200
                                            Washington, DC 20005-4126
                                            (202)898-1707/FAX(202)682-9276
                                            pleff@odsalaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br><br>    Plaintiff,<br><br>V.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the Government<br>of the United States of America<br><br>    Defendants. | Civil Action No. 05-CV-73 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Joseph M. Bernstein<br>Attorney at Law<br>800 N. King Street - Suite 302<br>Wilmington, DE 19801<br>jmbern001@comcast.net | Patricia C. Hannigan, AUSA<br>U.S. Attorney's Office<br>1007 Orange Street - Suite 700<br>Wilmington, DE 19801<br>Patricia.Hannigan@usdoj.gov |

                      LAW OFFICE JOSEPH J. RHOADES

                      By:    s/Dale Bowers
                          Dale Bowers
                          1225 King Street, Suite 1200
                          Wilmington, DE 19801
                          (302) 427-9500/FAX (302) 427-9509
                          dale.bowers@rhoadeslegal.com