IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| | : |
|       Plaintiff, | : |
| | : |
|       v. | : |
| | : Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent Establishment of the Executive Branch of the government of the United States of America, | : |
| | : |
|       Defendants. | : |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **June 14, 2005**, copies of the foregoing document:

**DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)**

was served via Hand-Delivery, upon counsel at the following address:

| | |
|---|---|
| **Joseph M. Bernstein, Esquire** | **A. Dale Bowers, Esquire** |
| Delaware Bar I.D. No. 780 | The Law Offices of Joseph J. Rhoades |
| 800 North King Street, Suite 302 | Delaware Bar I.D. No. 3932 |
| Wilmington, DE 19801-3544 | 1225 King Street, 12th Floor |
| (302) 656-9850 | Wilmington, DE 19801 |
| jmbern001@comcast.net | (302) 427-9500 |
| | dale.bowers@rhoadeslegal.com |
| ATTORNEY FOR PLAINTIFF | |
| | ATTORNEY FOR AMERICAN POSTAL WORKERS UNION |

        COLM F. CONNOLLY
        United States Attorney

By:  /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov