IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
|    Plaintiff, | : |
| | : |
|    v. | : |
| | : Civil Action No.  05-073 JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES POSTAL | : |
| SERVICE, an independent establishment of | : |
| the Executive Branch of the government of the | : |
| United States of America, | : |
|    Defendants. | : |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that **(1) Plaintiff's First Set of Interrogatories Directed to Defendant United States Postal Service, and (2) Plaintiff's First Request for Production of Documents Directed to Defendant United States Postal Service** were served as noted below on August 4, 2005 upon the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com
**By Hand Delivery**

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov
**By Hand Delivery**

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126
pleff@odslaw.com
**By First Class Mail**

                                         /s/ Joseph M. Bernstein
                                         JOSEPH M. BERNSTEIN (Bar #780)
                                         800 N. King Street - Suite 302
                                         Wilmington, DE 19801
                                         302-656-9850
                                         E-mail: jmbern001@comcast.net

Dated August 4, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
|     Plaintiff, | : |
| | : |
|     v. | : |
| | : Civil Action No.  05-073 JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES POSTAL | : |
| SERVICE, an independent establishment of | : |
| the Executive Branch of the government of the | : |
| United States of America, | : |
|     Defendants. | : |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2005,  I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov

I hereby certify that on August 4, 2005, I mailed the above document(s), by First Class Mail, to the following non-registered participants:

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126

      /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net