IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :<br>: Civil Action No.  05-073 JJF |
| AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the government of the<br>United States of America,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITIONS**

TO:
Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126

    PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on the dates and times listed below at the times listed below, at the offices of the United States Attorney for the District of Delaware, 1007 N. Orange Street, Suite 700, Wilmington, DE 19801:

| | |
|---|---|
| Andrew Keen | October 6, 2005 @10:00 a.m. |
| Carla Van Istendal | October 6, 2005 @1:00 p.m. |
| Linda Drummer | October 6, 2005 @3:00 p.m. |
| Steven Collins | October 7, 2005 @2:00 p.m. |

      /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net

Dated: September 15, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
|     Plaintiff, | : |
| | : |
|   v. | : |
| | : Civil Action No.  05-073 JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES POSTAL | : |
| SERVICE, an independent establishment of | : |
| the Executive Branch of the government of the | : |
| United States of America, | : |
|     Defendants. | : |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2005,  I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov

I hereby certify that on September 15, 2005, I mailed the above document(s), by First Class Mail, to the following non-registered participants:

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126

    /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net