IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELINDA WILSON, :
:
        Plaintiff, :
:
v. : Civil Action No. 05-073-JJF
:
UNITED STATES POSTAL SERVICE, :
et al., :
:
        Defendants. :

## NOTICE OF SERVICE

I, PATRICIA C. HANNIGAN, certify that a true and correct copy of the foregoing

**RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF**

**DOCUMENTS DIRECTED TO DEFENDANT UNITED STATES POSTAL SERVICE,**

was served on **September 15, 2005,** via Hand-Delivery upon the following:

| | |
|---|---|
| **Joseph M. Bernstein, Esquire**<br>800 N. King Street, Suite 302<br>Wilmington, De 19801 | **A. Dale Bowers, Esquire**<br>The Law Offices of Joseph J. Rhoades<br>Delaware Bar I.D. No. 3932<br>1225 King Street, 12th Floor<br>Wilmington, DE 19801 |

                                 By:  /s/ Patricia C. Hannigan
                                     Patricia C. Hannigan
                                     Assistant United States Attorney
                                     Delaware Bar I.D. No. 2145
                                     The Nemours Building
                                     1007 Orange Street, Suite 700
                                     Post Office 2046
                                     Wilmington, DE 19899-2046
                                     (302) 573-6277
                                     Patricia.Hannigan@usdoj.gov