IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELINDA WILSON,

   Plaintiff,

v.            Civil Action No. 05-073-JJF

UNITED STATES POSTAL SERVICE,
et al.,

   Defendants.

## NOTICE OF SERVICE

I, PATRICIA C. HANNIGAN, certify that a true and correct copy of the foregoing

**RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO**

**DEFENDANT UNITED STATES POSTAL SERVICE** was served on **September 15, 2005,**

via Hand-Delivery upon the following:

| | |
|---|---|
| **Joseph M. Bernstein, Esquire** | **A. Dale Bowers, Esquire** |
| 800 N. King Street, Suite 302 | The Law Offices of Joseph J. Rhoades |
| Wilmington, De 19801 | Delaware Bar I.D. No. 3932 |
| | 1225 King Street, 12th Floor |
| | Wilmington, DE 19801 |

      COLM F. CONNOLLY
      UNITED STATES ATTORNEY

      By: /s/ Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        Post Office 2046
        Wilmington, DE 19899-2046