IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES | : |
| POSTAL SERVICE, an independent | : |
| Establishment of the Executive Branch | : |
| of the government of the United States | : |
| of America, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

      I Patricia C. Hannigan, hereby certify that on **September 23, 2005**, copies of the United States' Supplemental Discovery was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Joseph M. Bernstein, Esquire**
Delaware Bar I.D. No. 780
800 North King Street, Suite 302
Wilmington, DE 19801-3544
(302) 656-9850
jmbern001@comcast.net

ATTORNEY FOR PLAINTIFF

**A. Dale Bowers, Esquire**
The Law Offices of Joseph J. Rhoades
Delaware Bar I.D. No. 3932
1225 King Street, 12th Floor
Wilmington, DE 19801
(302) 427-9500
dale.bowers@rhoadeslegal.com

ATTORNEY FOR AMERICAN
POSTAL WORKERS UNION

        COLM F. CONNOLLY
        United States Attorney

By:  /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov