IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 05-073-JJF |
| | : |
| THE UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on the 30th day of September, 2005, true and correct copies of the United States' Second Supplemental Response to Plaintiff's Request for Production were served upon the following persons in the manner indicated:

Allen Dale Bowers, II, Esquire
Law Office of Joseph Rhoades, Esquire
1225 King Street, Suite 1200
Wilmington, DE 19899-0874
Via: Hand Delivery

Joseph M. Bernstein, Esquire
800 N. King Street
Suite 302
Wilmington, DE 19801
Via: Hand Delivery

                                              COLM F. CONNOLLY
                                              United States Attorney

By:   s/ Patricia C. Hannigan
        PATRICIA C. HANNIGAN
        Assistant United States Attorney
        Delaware State Bar No. 2145
        The Nemours Building
        700 Orange Street, Suite 700
        Wilmington, Delaware 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov