IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 05-073-JJF |
| AMERICAN POSTAL WORKERS UNION, et al. | : |
|     Defendants. | : |

**O R D E R**

WHEREAS, the Pretrial Conference set for January 12, 2006, will be continued;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, May 4, 2006 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

December 7, 2005
DATE

UNITED STATES DISTRICT JUDGE