IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br>　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the government of the<br>United States of America,<br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.  05-073 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO WITHDRAW AS ATTORNEY FOR APPELLANT**

Pursuant to *Local District Court Civil Rule 83.7*, the undersigned hereby moves to withdraw

his appearance as attorney for the plaintiff, Melinda Wilson.  The grounds for the Motion are that

plaintiff has failed to fulfill its contractual obligations to counsel and has failed to cooperate in the

prosecution of the case.


　　　　　　　　　　　　　　　　　　　 /s/ Joseph M. Bernstein
_____　 JOSEPH M. BERNSTEIN (Bar #780)
　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　　　　　　E-mail: jmbern001@comcast.net

Dated: December 12, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MELINDA WILSON,                      :
     Plaintiff,                     :
                              :
     v.                         :
                              : Civil Action No.  05-073 JJF
AMERICAN POSTAL WORKERS   :
UNION, DELAWARE AREA LOCAL,  :
AFL-CIO; and UNITED STATES POSTAL  :
SERVICE, an independent establishment of  :
the Executive Branch of the government of the  :
United States of America,          :
     Defendants.              :

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005,  I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street - Suite 1200
Wilmington, DE 19801
dale.bowers@rhoadeslegal.com

Patricia C. Hannigan, Esquire
US Attorney's Office
1007 Orange Street - Suite 700
Wilmington, DE 19801
Patricia.Hannigan@usdoj.gov

I hereby certify that on December 12, 2005, I mailed the above document(s), to the following

non-registered participants:

Peter J. Leff, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW - Suite 1200
Washington, DC 20005-4126
(By First Class Mail)

Melinda Wilson
28 Ashley Drive
New Castle, DE 19720
(By Certified Mail #7000 1670 0002 4938 4007)
(By First Class Mail)

      /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net