IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO; and UNITED STATES | : |
| POSTAL SERVICE, an independent | : |
| Establishment of the Executive Branch | : |
| of the government of the United States | : |
| of America, | : |
| | : |
| Defendants. | : |

**STIPULATION TO EXTEND BRIEFING SCHEDULE**

The parties, through the undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

Motions for Summary Judgment and Briefs in support thereof shall be served and filed on or before February 23, 2006.

Answering Briefs in opposition to any Motion for Summary Judgment shall be served and filed on or before March 27, 2006.

Reply Briefs, if any, in support of any Motion for Summary Judgment shall be served and filed on or before April 11, 2006.

Counsel for all parties have authorized counsel for the United States Postal Service to sign this stipulation for them.

                   Respectfully submitted,

                   COLM F. CONNOLLY
                   United States Attorney

| /s/ Joseph M. Bernstein | By: /s/ Patricia C. Hannigan |
|---|---|
| Joseph M. Bernstein, Esquire | Assistant United States Attorney |
| Delaware Bar I.D. No. 780 | Delaware Bar I.D. No. 2145 |
| 800 North King Street, Suite 302 | The Nemours Building |
| Wilmington, DE 19801-3544 | 1007 Orange Street, Suite 700 |
| (302) 656-9850 | P. O. Box 2046 |
| jmbern001@comcast.net | Wilmington, DE 19899-2046 |
| | (302) 573-6277 |
| | Patricia.Hannigan@usdoj.gov |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR U.S. POSTAL SERVICE |

  /s/Dale Bowers
A. Dale Bowers, Esquire
The Law Offices of Joseph J. Rhoades
Delaware Bar I.D. No. 3932
1225 King Street, 12th Floor
Wilmington, DE 19801
(302) 427-9500
dale.bowers@rhoadeslegal.com

ATTORNEY FOR AMERICAN
POSTAL WORKERS UNION


Dated:  January 18, 2006 , 2006


   IT IS SO ORDERED this _____ day of _____, 2006.

                _____
                HONORABLE JOSEPH J. FARNAN, JR.
                United States District Judge