UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 05-CV-73 <br> ) |
| AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the Government of the United States of America | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### MOTION OF THE WILMINGTON DELAWARE/MALCOLM T. SMITH AREA LOCAL, AMERICAN POSTAL WORKERS UNION, AFL-CIO FOR SUMMARY JUDGMENT

The Wilmington Delaware/Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO ("Union") respectfully moves for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure. Summary Judgment for the Union is appropriate as there are no genuine issues of material fact and the Union is entitled to judgment as a matter of law.

In support of the motion, the Union hereby files an accompanying Brief and Appendix containing relevant portions of the Deposition transcripts of Melinda Wilson, Steven Collins, Andrew Keen, Carla Van Istendal and Linda Drummer and the Declaration of Steven Collins with attached exhibits.

Dated: February 23, 2006	Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:   s/Peter J. Leff
       Peter J. Leff DC Bar # 457476
       1300 L Street NW Suite 1200
       Washington, DC 20005-4126
       (202)898-1707/FAX(202)682-9276
       pleff@odsalaw.com


LAW OFFICE JOSEPH J. RHOADES

By:    s/Dale Bowers
       Dale Bowers (Delaware Bar Number 3932)
       1225 King Street, Suite 1200
       Wilmington, DE 19801
       (302) 427-9500/FAX  (302) 427-9509
       dale.bowers@rhoadeslegal.com

Attorneys for the Wilmington Delaware/Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO

**Certificate of Service**

I hereby certify that on Thursday, February 23, 2006, I electronically filed **Defendant APWU's Motion for Summary Judgment , Brief in Support Thereof and Appendix** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Joseph M. Bernstein
Attorney at Law
800 N. King Street - Suite 302
Wilmington, DE 19801
Jmbern001@comcast.net

Patricia Hannigan, Esquire
Assistant United States Attorney
Nemours Building
P.O. Box 2046
Wilmington, DE 19899-2046
Attorney for defendant United States Postal Service
Patricia.hannigan@usdoj.gov

LAW OFFICE JOSEPH J. RHOADES

 /s/ A. Dale Bowers                              .
A. Dale Bowers, Esquire (BAR I.D. 3932)
1225 King Street, Suite 1200
Wilmington, DE 19801
(302) 427-9500/FAX  (302) 427-9509
dale.bowers@rhoadeslegal.com
Attorneys for the Wilmington Delaware/Malcolm T. Smith Area Local, American Postal Workers Union, AFL-CIO