1.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL4-7-04    NAME Wilson, Melinda — Notice of Removal

DATE 4-28-04    SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:

Mr. Andrew Keen's letter of denial dated 4-27-04, clearly cites that this grievance is untimely, citing that the Notice of Removal was delivered to Ms Wilson's address of record on 3-30-04. The evidence is by the stalling letter signed

CORRECTIONS: by the letter carrier who attests that the first class letter was delivered to Ms Wilson's address at 1:21 pm on 3/30/04.

DELETIONS: The Union contends that by the letter carrier signing a stalling letter is no proof

SIGNATURE _____

4-28-04

A-000223



DEPOSITION EXHIBIT
Collins 4
0-167-05

2.

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CU 4-7-04  NAME Wilson, M.

DATE 4-28-04      SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: or verification that Ms Wilson was at home on 3/30/04, at 1:21pm, to receive her Notice of Removal. Mr. Been failed to produce as evidence PS Form 3811, with Ms Wilson's signature. The Union has no knowledge of this

CORRECTIONS: letter carrier even went to the right address on 3/30/04. However, there is evidence that on 4-6-04, Ms. Wilson sign for

DELETIONS: item # 7003-1010-0001-1223-5956 at 14:03. Therefore the step I filed on 4-16-04, clearly makes

SIGNATURE S. Stinson
4-28-04

A-000224

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE #CL4-7-04  NAME Wilson, M

DATE 4-28-04     SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:
CL 4-07-04, timely. The Union considers mgmt's argument has no merit. The Union at step II has great concerns about mgmt. issuing Ms Wilson a Notice of Removal in an untimely manner. The Notice of Removal clearly cites

CORRECTIONS: the dates of 11-5-03, 12-5-03, 12-12-03, 12-18-03, 12-19-03, 12-20-03, however, mgmt. issued Ms Wilson a Notice of Removal on 4-6-04.

DELETIONS: Clearly this type of actions by mgmt. is untimely and punitive in nature. The Union strongly

SIGNATURE  S. Stinson
4-28-04

A- 000225

4.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL4-7-04 NAME Wilson, M.

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:
Contends that much of Mr. Keen's letter of denial lacks merit. The Union contends that mgmt. has issued a Notice of Removal based on dates that Ms. Wilson suffered chronic asthma attacks. The

CORRECTIONS: FMLA documents are filed in Larry Bucci's office. Mr. Bucci is the FMLA coordinator for mgmt. Mgmt. can not ~~discipline~~

DELETIONS: discipline an employee for utilizing FMLA when accepted on file. Mr. Keen also claims that

SIGNATURE _illegible_

4-28-04

A-000226

5

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # 024-7-04   NAME Wilson, M

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:
As of 4-27-04, Ms Wilson is still on Administrative Leave pending the effective date of the removal and has lost no money or benefits to date. Further he states the Union's requested remedy of

CORRECTIONS: "grievant be made whole," is non-specific. The Union is specifically stating that once the administrative

DELETIONS: Leave comes to an end, Ms Wilson will still be left on the rolls in a non-

SIGNATURE S. Stinson

4-28-04

A-000227

6

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL 4-7-04   NAME Wilson, M.

DATE 4-28-04            SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: Pay status. Will be the final out-come set forth by an arbitrator. With hopeful resolution of remedy in favor of the Union. Ms Wilson will receive all lost pay and benefits to date of award

CORRECTIONS: for CL 4-7-04. Mr. Keen states in his ~~last~~ next to last paragraph "No contentions other than those

DELETIONS: discussed in this response were provided at step 2 hearing." This statement is also lacking

SIGNATURE J. Stinson

4-28-04                                  A-000228

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL4-7-04   NAME Wilson, M.

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: on merits. The Union and mgmt. never held any discussion about case filed grievances 04084651, 040-70115, or 04053770. On page 3 of Mr. Keen's letter first paragraph Mr. Keen states, "the union contends violation of article 17 and 31 are

CORRECTIONS: rejected." The parties at Step 2, identified the documents in the grievance file and agreed that all information

DELETIONS: that was requested was provided as part of this grievance." The Union strongly

SIGNATURE S. Stinson

4-28-04

A- 000229

1.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # C4-7-04   NAME Wilson, M.

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: Contends that this is true. No where in our exchange of documents for this grievance was ~~there~~ a preclude by mgmt a Investigative memorandum (IM). Mr. Keen and Mr. Stinson never held any discussion at step II on

CORRECTIONS: 4-23-04, about any postal inspection service conducting an investigation into Ms Wilson's conduct etc...

DELETIONS: Therefore, mgmt arguments on this issue must be waived. The Union has great

SIGNATURE: H. Stinson
4-28-04

A- 000230

8.

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL4-7-04   NAME Wilson, M

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:

suspicion surrounding the disciplinary interview (day in court) Movements dated 3-10-04, at 7:40 am. There are two dated forms with no mention of infraction. Ms

CORRECTIONS: Different writer see attached. Questions are already alledgally typed in advance as well as answers. Miss Drumm

DELETIONS: never submitted any writing notes no reports to substantiate exactly what Ms Wilson said

SIGNATURE [signature]

4-28-04

A- 000231

9.

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE #CL4-7-04 NAME Wilson, N

DATE 4-28-04        SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: During her day in court on 3-10-04 at 7:40 A.M. Mgmt. at step I and II never produced any hand written response from the disciplinary interview (day in court). As of 4-28-04, no documentation on the above

CORRECTIONS: aforementioned has been provided. The documents type for the pre-disciplinary interview are not dated. The Union

DELETIONS: Contends what mgmt. producing documents not dated for issuing an employee a NOR

SIGNATURE N. Wilson

4-28-04

A-000232

10.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # C64-7-04  NAME Wilson, M.

DATE 4-28-04      SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: _has great weight to raise the flag of concern by the Union for defending exactly what was presented by mgmt and what was exactly the response of the employee on 3/10/04, cited on the day in_

CORRECTIONS: _Court interview. The day in court document from the very beginning of the interview. No right to de-_

DELETIONS: _cision (what action is going to be taken) Removal of Ms Wilson's OPF had no prior_

SIGNATURE _D. Stevens_

4-28-04

A- 000233

11.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE #CL 4-7-04   NAME Wilson, D.

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: elements citing any improper conduct. As of 4-28-04, the union contends that mgmt. is in violation of article 2, 5, 15, 16, 17, 19, 30, 31, of the EL-921, FMLA when mgmt issued the grievant a removal for unjust cause. The

CORRECTIONS: Notice of Removal is procedurally defective, absolutely untimely, punitive rather than corrective in nature, non-pro-

DELETIONS: gressive, disparity in treatment and in direct violation of the EL-921. Ms Wilson's

SIGNATURE V.S. Stinson

4-28-04

A-000234

12.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL 4-7-04   NAME Wilson, M

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: Has a medical condition which at times she becomes sick and takes medical treatment that makes her feel better and able to work at times. The removal is in violation of article 16.1 - the principles

CORRECTIONS: of discipline. Ms Wilson has no just discipline or discussion on this issue. Miss Wilson's was not given

DELETIONS: a proper day in court but turned out to be a interview. During the DTC.

SIGNATURE S. Stinson

4-28-04

A-000235

13.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # C4 4-7-04    NAME Wilson, N

DATE 4-28-04    SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: Ms Wilson was never presented with 3971's for dates she has been accused of. So, Ms Wilson could rebut questions and the reasons of her reply "I don't know was given." Is a major reason

CORRECTIONS: for her response with lack of mgmt.'s 3971 evidence. This is a clear violation of ELM-921. Evidence must

DELETIONS: be presented to the grievant during a day in court. The Notice of Removal in harsh

SIGNATURE N. Wilson

4-28-04

A-000236

14.

# ADDITIONS, CORRECTIONS OR DELETIONS PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # CL 4-7-04   NAME Wilson, D.

DATE 4-28-04          SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: and capricious (was) not pro-gressive or corrective. A discussion could have avoided this issue. The issue of issuing Ms Wilson a notice of removal started after the grievant stopped having an

CORRECTIONS: affair with the Employee Labor Relations Specialist located at the same work place of the grievant.

DELETIONS: This is why Mr. Keen has been working from the lead plant in Belmar, NJ.

SIGNATURE [signature]

4-28-04

A-000237

15.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE # 024-7-04   NAME Wilson, M

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER: To address only Ms Wilson's grievances that have been filed since December 24, 2003. Mgmt/Keen is well aware of this alledge cited affair and legal proceedings currently in place between Ms Wilson and mgmt. as

CORRECTIONS: of 4-28-04. The MDO also was involved in the investigation of this case and also was the

DELETIONS: Concurring official. This is also a direct violation of the CBA and EL-921.

SIGNATURE S. Stinson

4-28-04

A-000238

16.

# ADDITIONS, CORRECTIONS OR DELETIONS
# PLEASE ANSWER AND RETURN IN 5 DAYS.

GRIEVANCE #CL 4-7-04   NAME Wilson, M.

DATE 4-28-04   SENT TO STP3 4-28-04

ANSWER TO MGMTS STEP 2 ANSWER:
(1) The Union contends at step II there was no impartial decision made and Ms. Wilson never served a chance of having a fair day in court. (2) This discipline came from the top in the director in vio-

CORRECTIONS: lation of the CBA and EL-921, Article 66.1, clearly lays out the just cause provisions for determination. (3) This

DELETIONS: case does not warrant in progression must be used. (4) The corrective action must be sustained

SIGNATURE _____ in full.

4-28-04                              A-000239