IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent Establishment of the Executive Branch of the government of the United States of America, | : |
| Defendants. | : |

## UNITED STATES POSTAL SERVICE'S MOTION FOR SUMMARY JUDGMENT

The United States Postal Service ("USPS") respectfully moves for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure. Summary Judgment for the USPS is appropriate as there are no genuine issues of material fact and the USPS is entitled to judgment as a matter of law.

In support of the motion, the USPS simultaneously files an accompanying Opening Brief and Appendix.

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

OF COUNSEL:
Donna G. Marshall, Attorney
Eastern Area Law Office
United States Postal Service
P. O. Box 40595
Philadelphia, PA 19197-0595
(215) 931-5090
(215) 931-5092 (fax)

Dated: February 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **February 24, 2006,** I electronically filed an **UNITED STATES POSTAL SERVICE'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Joseph M. Bernstein, Esquire**
Delaware Bar I.D. No. 780
800 North King Street, Suite 302
Wilmington, DE 19801-3544
(302) 656-9850
jmbern001@comcast.net

ATTORNEY FOR PLAINTIFF

**A. Dale Bowers, Esquire**
The Law Offices of Joseph J. Rhoades
Delaware Bar I.D. No. 3932
1225 King Street, 12th Floor
Wilmington, DE 19801
(302) 427-9500
dale.bowers@rhoadeslegal.com

ATTORNEY FOR AMERICAN
POSTAL WORKERS UNION

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov