IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the government of the<br>United States of America,<br>    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.  05-073 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ADDENDUM TO**
**AMENDED AND RESTATED**
**MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF**

1. On March 1, 2006, the undersigned attorney for the plaintiff, Melinda Wilson ("Wilson") filed with Court an "Amended and Restated Motion to Withdraw as Attorney for Plaintiff" (D.I. 37) ("Motion").

2. On March 2, 2006, in accordance with Local Rule 83.7, a copy of said Motion was mailed to Wilson by Certified Mail No. 7000 1670 0002 4938 4014, Return Receipt Requested, addressed to her last known address at 28 Ashley Drive, New Castle, Delaware 19720.  The receipt for said mailing is attached hereto as Exhibit "A."  A copy of the Motion was also mailed to Wilson by First Class Mail

3.  More than ten (10) days have elapsed since the Motion was mailed to Wilson.  The undersigned has not received any response, either verbally or in writing, from Wilson concerning said Motion.  Delivery of the Certified Mail was attempted by the Postal Service on March 3, 2006 and Wilson was notified that the item could be picked up at the Post Office.  According to the Postal Service, the item has not been picked up by Wilson.

WHEREFORE, the undersigned hereby requests that the Court grant the Motion to Withdraw. A proposed form of Order is attached.

          /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net

Dated: March 21, 2006