```
                RODNEY SQUARE STATION
                WILMINGTON, Delaware
                       198019998
                    3379300501-0097
03/02/2006          (800)275-8777        03:14:11 PM

                ------ Sales Receipt ------
Product           Sale      Unit           Final
Description       Qty       Price          Price

NEW CASTLE DE 19720                        $0.63
First-Class
  1.20 oz.
    Return Rcpt (Green Card)               $1.85
    Certified                              $2.40
    Label #:     70001670000249364014
                                     ==========
              Issue PVI:                   $4.88


Total:                                     $4.88

Paid by:
Personal Check                             $4.88


Bill#:  1000301896451
Clerk:  19

-- All sales final on stamps and postage. --
    Refunds for guaranteed services only.
         Thank you for your business.
                 Customer Copy
```

U.S. Postal Service
CERTIFIED MAIL RECEIPT

NEW CASTLE DE 19720

Postage         $0.63
Certified Fee   $2.40                    0571
                                         19   Postmark
Return Receipt Fee                            Here
Endorsement Required    $1.85
Restricted Delivery Fee
Endorsement Required    $0.00

Total Postage & Fees    $ 4.85           03/02/06

Sent To: Melinda Wilson
Street, Apt No; or PO Box No: 28 Ashley Drive
City, State, ZIP+4: New Castle, DE 19720

7000 1670 0002 4936 4014