IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON,<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN POSTAL WORKERS<br>UNION, DELAWARE AREA LOCAL,<br>AFL-CIO; and UNITED STATES POSTAL<br>SERVICE, an independent establishment of<br>the Executive Branch of the government of the<br>United States of America,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-073 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion filed by Joseph M. Bernstein for leave to withdraw as attorney for Plaintiff, the Court finds that good cause has been shown to grant said Motion. Therefore, IT IS ORDERED that Joseph M. Bernstein is hereby granted leave to withdraw as attorney for the plaintiff, Melinda Wilson.

                                                                                _____
                                                                                Joseph J. Farnan, Jr., District Judge