IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MELINDA WILSON,
    Plaintiff,

v.

AMERICAN POSTAL WORKERS
UNION, DELAWARE AREA LOCAL,
AFL-CIO; and UNITED STATES POSTAL
SERVICE, an independent establishment of
the Executive Branch of the government of the
United States of America,
    Defendants.

: Civil Action No. 05-073 JJF

**ORDER**

AND NOW, this 22 day of March, 2006, upon consideration of the Motion filed by Joseph M. Bernstein for leave to withdraw as attorney for Plaintiff, the Court finds that good cause has been shown to grant said Motion. Therefore, IT IS ORDERED that Joseph M. Bernstein is hereby granted leave to withdraw as attorney for the plaintiff, Melinda Wilson.

                                                Joseph J. Farnan, Jr., District Judge