UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO; and UNITED STATES POSTAL SERVICE, an independent establishment of the Executive Branch of the Government of the United States of America <br><br> Defendants. | Civil Action No. 05-CV-73 JJF |

## ORDER

IT IS HEREBY ORDERED that on this \_\_11\_\_ day of April, 2006, that the Joint Motion of Defendants to Postpone the Pre-Trial Conference is granted.

The Pre-Trial Conference in this matter will be adjourned to \_\_TBA\_\_, 2006 at _____.

Plaintiff, pro se, or her new counsel shall file an Answering brief in response to the defendants' pending summary judgment motions on or before thirty (30) days from the date of this Order.

Defendants' Reply briefs, if any, shall be due on or before forty-five (45) days from the date of this Order.

Date: April 11, 2006

Hon. Joseph J. Farnan, Jr.