IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELINDA WILSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-73-JJF |
| | : |
| AMERICAN POSTAL WORKERS | : |
| UNION, DELAWARE AREA LOCAL, | : |
| AFL-CIO, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington, this 12 day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant American Postal Workers Union, Delaware Area Local, AFL-CIO's Motion for Summary Judgment (D.I. 33) is **GRANTED**.

2. Defendant United States Postal Service's Motion for Summary Judgment (D.I. 35) is **GRANTED**.

                                                              /s/ Joseph J. Farnan, Jr.
                                                              UNITED STATES DISTRICT JUDGE