IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELINDA WILSON, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 05-73-JJF |
| AMERICAN POSTAL WORKERS UNION, DELAWARE AREA LOCAL, AFL-CIO, et al., | : | |
|     Defendants. | : | |

**FINAL JUDGMENT IN A CIVIL CASE**

At Wilmington, this 12th day of June, 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants American Postal Workers Union, Delaware Area Local, AFL-CIO, and United States Postal Service against Plaintiff Melinda Wilson on all of Plaintiff's claims.

 

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk